NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**LONGHORN VACCINES & DIAGNOSTICS, LLC,**
*Appellant*

**v.**

**COKE MORGAN STEWART, Acting Under Secretary of Commerce for Intellectual Property and Acting Director of the United States Patent and Trademark Office,**
*Intervenor*

———————————

2023-2111, 2023-2112, 2023-2113, 2023-2114, 2023-2115

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00847, IPR2021-00850, IPR2021-00854, IPR2021-00857, and IPR2021-00860.

———————————

# **O R D E R**

Upon consideration of the parties' joint stipulation of voluntary dismissal,

2          LONGHORN VACCINES & DIAGNOSTICS, LLC v. STEWART

IT IS ORDERED THAT:

(1) The appeals are dismissed.

(2) Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 8, 2025
      Date

ISSUED AS A MANDATE: July 8, 2025